**MARCIA HURD**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS, MT
May
2006 MAY 22 AM 8 56
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 06-63-BLG-RFC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **RECEIPT OF CHILD PORNOGRAPHY**<br>Title 18 U.S.C. § 2252A(a)(2) (Count I)<br>(Penalty: Mandatory minimum five to twenty years imprisonment, $250,000 fine, and lifetime supervised release) |
| **JEREMIAH ROBERT WIBERG,** | |
| Defendant. | **POSSESSION OF CHILD PORNOGRAPHY**<br>Title 18 U.S.C. § 2252A(a)(5)(B) (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and lifetime supervised release) |
| | **FORFEITURE**<br>(Count III)<br>Title 18 U.S.C. § 2253 |

THE GRAND JURY CHARGES:

## COUNT I

That on October 1, 2005, at Billings, in the State and District of Montana, the defendant, JEREMIAH ROBERT WIBERG, knowingly received child pornography that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by a computer located at 689 Bazaar Exchange, Billings, Montana, in violation of 18 U.S.C. § 2252A(a)(2).

## COUNT II

That on October 1, 2005, at Billings, in the State and District of Montana, the defendant, JEREMIAH ROBERT WIBERG, knowingly possessed computer files containing an image or images of child pornography that had been mailed, or shipped, or transported in interstate or foreign commerce by any means, including by a computer located at 689 Bazaar Exchange, Billings, Montana, in violation of 18 U.S.C. § 2252A(a)(5)(B).

## COUNT III

As a result of the commission of the crimes described in Counts I and II above, and upon his conviction, the defendant, JEREMIAH ROBERT WIBERG, shall forfeit to the United States, all right, title and interest in the following described property that represents property used to commit those offenses:

PNY Technologies Attachae 128M storage device

pursuant to 18 U.S.C. § 2253(a).

A TRUE BILL.

*[signature]*
FOREPERSON

*for [signature]*
WILLIAM W. MERCER
United States Attorney

*[signature]*
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X _____
Bail: none _____

JS 45 (1/96)

**Criminal Case Cover Sheet**            U.S. District Court

**Place of Offense:**
City: __Billings__
County/Parish: _____

**Related Case Information:**
Superseding Indictment____ Docket #:____
Same Defendant____ New Defendant____
Magistrate Judge Case Number____
Search Warrant Case Number____
R 20/R 40 from District of____

**Defendant Information:**

Juvenile: __Yes  XX  No

If Yes, Matter to be sealed:  Yes   No  __  __

Defendant Name: __Jeremiah Robert Wiberg__

Alias Name: ____

Address: ____

Birthdate: __11/04/82__   SS#: ____   Sex: Male  Race: __White__   Nationality: ____

**U.S. Attorney Information:**

AUSA: __Marcia Hurd__

Interpreter: __Yes  __ No   List language and/or dialect: ____

**Location Status:**

Arrest Date: ____

__ Already in Federal Custody as of ____ in ____

__ Already in State Custody

__ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __Three__   [] Petty   [] Misdemeanor   [] Felony

|       | Index Key/Code      | Description of Offense Charged   | Counts(s) |
|-------|---------------------|----------------------------------|-----------|
| Set 1 | 18 § 2252A(a)(2)    | Receipt Child Pornography        | I         |
| Set 2 | 18 § 2252A(a)(5)(B) | Possession of Child Pornography  | II        |
| Set 3 | 18 § 2253           | Forfeiture                       | III       |
| Set 4 |                     |                                  |           |
| Set 5 |                     |                                  |           |

**(MAY BE CONTINUED)**

Date: ____   Signature of AUSA: ____

District Court Case Number (To be filled in by deputy Clerk): ____

S:\crforms\INDICTMENTS\cover sheet.wpd

# United States District Court

DISTRICT OF MONTANA, BILLINGS DIVISION

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | CASE NUMBER: CR-06-63-BLG-RFC |
| JEREMIAH ROBERT WIBERG | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

   YOU ARE HEREBY COMMANDED to arrest JEREMIAH ROBERT WIBERG and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with RECEIPT OF CHILD PORNOGRAPHY, POSSESSION OF CHILD PORNOGRAPHY and FORFEITURE in violation of Title 18 United States Code, Sections 2252A(a)(2); 2252A(a)(5)(B) and 2253(a).

Assigned to: AUSA Marcia Hurd

_Cheri Anderson_
Cheri Anderson, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE RICHARD W. ANDERSON
Billings, Montana

**BAIL FIXED AT None Set**

Date of Issue: May 22, 2006

| RETURN | |
|---|---|
| **DATE RECEIVED:** | **LOCATION:** |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** | **DWIGHT MACKAY** |
| **LOCATION:** | **UNITED STATES MARSHAL** |
| **BY:** Deputy U.S. Marshal | |